CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 2 3 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT MOORE,<br>    Petitioner, | Civil Action No. 7:02-cv-00888 |
| v. | **Memorandum Opinion and Order** |
| RONALD ANGELONE,<br>    Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

This matter is before the court upon Petitioner Robert Moore's motion for reconsideration, which the court construes as an attempted motion for relief from judgment, pursuant to Fed. R. Civ. P. 60(b). Upon review of the record, the court finds no ground upon which Moore is entitled to relief under Rule 60(b) and will deny his motion.

By opinion and order entered September 19, 2003, the court found that Moore had failed to demonstrate any ground for federal habeas relief. Moore filed a notice of appeal, but both this court and the United States Court of Appeals for the Fourth Circuit found no basis on which to grant a certificate of appealability. In his current motion, Moore fails to demonstrate any ground for relief under Rule 60(b), as he is essentially rearguing the claims that he raised in his initial habeas petition. Therefore, the court must construe and dismiss his pleading as a successive petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254. See United States v. Winestock, 340 F.3d 200 (4th Cir. 2003) (district court must treat motion for relief from judgment in §2254 case as successive habeas petition).

Based on the foregoing, it is hereby

**ORDERED**

that petitioner's motion for reconsideration is hereby **CONSTRUED** as a petition for writ of habeas

1

corpus, pursuant to 28 U.S.C. §2254, and is hereby **DISMISSED** as successive, pursuant to 28 U.S.C. §2244(b).

The Clerk is directed to send certified copies of this order to petitioner and to counsel of record for the respondent.

ENTER: This 20th day of May, 2005.

/s/ James C. Turk
Senior United States District Judge

2